IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
G & G TRENCHING, INC.,        )
a Nebraska corporation,       )
                              )
            Plaintiffs,       )       8:09CV322
                              )
      v.                      )
                              )
INTERNATIONAL UNION OF        )       ORDER
OPERATING ENGINEERS, LOCAL    )
571,                          )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the voluntary dismissal (Filing No. 14) filed by plaintiff. Pursuant thereto,

IT IS ORDERED that this action is dismissed without prejudice.

DATED this 5th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court